IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CV-226-FL

| | |
|---|---|
| ROBERT VIBAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| TRUSTEE SERVICES OF CAROLINA, ) | |
| LLC and BROCK & SCOTT, PLLC, ) | |
| ) | |
| Defendants. | |

This matter is before the court on plaintiff's motion for voluntary dismissal pursuant to Rule 41(a)(2).[1] For reasons stated therein, the motion is GRANTED. Accordingly, this matter is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(a)(2). The clerk is DIRECTED to close this case.

SO ORDERED, this the 14th day of July, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] Also pending is defendants' motion to dismiss pursuant to Federal Rules of Civil Procedure 8(a)(2), 12(b)(1) and 12(b)(6). (DE 20). Such motion necessarily is TERMINATED AS MOOT.